

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Ex parte Floribeth Sandoval Benjume

Appellate case number:    01-22-00123-CR

Trial court case number:  92061-CR

Trial court:              461st District Court of Brazoria County

On February 22, 2022, Floribeth Sandoval Benjume filed an appeal from the denial of her pre-trial "Application for Writ of Habeas Corpus, Motion to Quash Indictment, and Brief in Support." This appeal appears to be moot because the district court's docket indicates that a judgment of conviction was issued on July 5, 2022 and Benjume filed a notice of appeal from the conviction on the same day. Accordingly, we order that the district court clerk file a supplemental clerk's record with our Court containing the judgment of conviction and the notice of appeal by no later than **August 5, 2022**.

It is so ORDERED.

Judge's signature: ____/s/ Gordon Goodman_____
                          Acting individually

Date: ____July 29, 2022_____